IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NATHAN CASEY**                                                            **PLAINTIFF**

v.                     **No: 4:18-cv-00688 KGB-PSH**

**RUSTY PAIGE,** *et al.*                                    **DEFENDANTS**

### **PROPOSED FINDINGS AND RECOMMENDATION**

### **INSTRUCTIONS**

The following proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### **DISPOSITION**

Plaintiff Nathan Casey filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on September 18, 2018 (Doc. No. 2). On September 21, 2018, Casey moved to voluntarily dismiss his case (Doc. No. 3). Casey's Motion to Dismiss should be GRANTED and the case should be dismissed without prejudice.

IT IS SO RECOMMENDED this 26th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE