IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NATHAN CASEY**                                                                                              **PLAINTIFF**

**v.**                                  **Case No. 4:18-cv-00688-KGB/PSH**

**RUSTY PAIGE,** *et al.*                                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Nathan Casey's complaint is dismissed without prejudice.

So adjudged this 4th day of February, 2019.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge